■ In the Matter of AURETTA BUIE, Respondent, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Appellants.—Judgment unanimously affirmed, with costs. Memorandum: Because the facts are fully revealed and undisputed in light of *Baker v Sterling* (39 NY2d 397, 405-406) it would be useless for petitioner to make the application which respondents would require. (Appeals from judgment of Monroe Supreme Court—art 78.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO MASSARO, Appellant.—Appeal unanimously dismissed as academic and matter remitted to Supreme Court, Erie County, to vacate the conviction and dismiss the indictment, *sua sponte,* or on application by the District Attorney or the attorney who appeared for defendant (see *People v Mintz,* 20 NY2d 770). (Appeal from judgment of Erie Supreme Court—promoting gambling, first degree, and other charges.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.

■ FRANK H. HISCOCK LEGAL AID SOCIETY, Appellant, v RICHARD HENNESSY, District Attorney, Respondent.—Order unanimously affirmed, without costs, for the reasons stated at Special Term, Aloi, J. (see, also, *Matter of Urban League of Rochester, N. Y. v County of Monroe,* 49 NY2d 551). (Appeal from order of Onondaga Supreme Court—dismiss complaint.) Present—Dillon, P. J., Schnepp, Callahan, Doerr and Witmer, JJ.

■ ANGELINE TABER et al., Appellants, v NIAGARA FRONTIER TRANSIT AUTHORITY et al., Respondents.—Order unanimously affirmed, without costs. (See *Yawn v Regional Tr. Serv.,* 61 AD2d 1126; *Fitzgerald v Lyons,* 39 AD2d 473.) (Appeal from order of Erie Supreme Court—dismiss complaint.) Present—Dillon, P. J., Schnepp, Callahan, Doerr and Witmer, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, Respondent, v TERMINAL TRANSPORT CO., INC., a Division of AMERICAN FREIGHT SYSTEMS, INC., Petitioner.—Petition dismissed, without costs, order and determination unanimously confirmed and order of enforcement granted. (Proceeding pursuant to Executive Law, § 298.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Witmer, JJ.

■ MAX E. DEAN, Respondent, v JOHN B. PIKE & SON, INC., Appellant. (Appeal No. 1.)—Order and judgment unanimously affirmed, with costs, on the decision at Special Term, Wagner, J. (Appeal from order and judgment of Monroe Supreme Court—summary judgment.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ In the Matter of MADER CORPORATION, Respondent, v BUILDING INSPECTOR OF THE VILLAGE OF DEPEW et al., Appellants.—Judgment unanimously affirmed, without costs, for the reason stated in the memorandum decisions at Special Term, Denman, J. (Appeal from judgment of Erie Supreme Court—art 78.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.